

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building          (302) 573-6277
1007 Orange Street, Suite 700          FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

July 19, 2018

The Honorable Gregory M. Sleet
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Michael Wilson**
            <u>**Criminal Action No. 18-16-1 (LPS)**</u>

Dear Judge Sleet:

    Please accept this letter as the government's sentencing memorandum in this case. The government requests a sentence of 18 months incarceration, which represents a variance below the applicable sentencing guideline range. The government also requests that the defendant be ordered to be evaluated by a treatment provider working with the probation office to determine whether inpatient or outpatient drug treatment is required, and that he be ordered to follow the recommendations of the provider. The government also requests that the Court impose a lengthy period of supervised release to ensure his sobriety and reentry.

    In 2017 and so far in 2018, about one person a day has died in Delaware of suspected drug overdoses. Most of those deaths involved the use of fentanyl (58% in 2017, 75% in the first quarter of 2018), according to the Delaware Information and Analysis Center. Fentanyl-laced heroin is a full-blown public health emergency in our state. Often, it is not possible to determine who sold a victim the fatal dose. Here, law enforcement was able to trace a fatal dose of fentanyl all the way back to major drug dealers in Wilmington and ultimately Philadelphia.

    The defendant, Michael Wilson, is a minor and tragic character in the drug organization that caused the fentanyl death of Joel Davis.

    On February 16, 2017, the defendant caused the death of his longtime friend, Joel Davis, by giving him four drug baggies that turned out to contain fentanyl. In so doing, he permanently changed the lives of Mr. Davis's father and sisters – who were all still grieving the loss of their mother. Mr. Davis's father died several months later, leaving his sisters to deal with unimaginable loss.

According to his sisters, Mr. Davis was an adventurer – a free spirit.   He went through periods of trauma and addiction, but he maintained his sense of humor and his relationships.   He was a source of joy to his family and loved ones.

On the day of Mr. Davis's death, the defendant was reckless with both his life and his friend's.   The defendant personally ingested baggies of the same substance.   Had the baggies been divided up differently, the defendant could be dead.   It is the government's hope that a period of incarceration will give the defendant the clarity that he needs to understand that drug addiction could steal him away from his family, just as it did Mr. Davis.

The government's requested sentence of 18 months incarceration serves the goals of sentencing.   It would send a message to the defendant and to others that providing drugs that kill someone will result in prison time.   But it would also be consistent with the defendant's role in Mr. Davis's death.   This defendant was not a drug dealer, unlike others higher up in the chain of distribution.   He was an addict who shared his drugs.   He needs to be punished, but he also needs help.   Hopefully a recommendation for evaluation for treatment and for a lengthy term of supervised release will help the defendant avoid such catastrophic decision-making in the future.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

BY:    /s/ Jennifer K. Welsh
        Jennifer K. Welsh
        Assistant United States Attorney