

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*          *(302) 573-6277*
*1007 Orange Street, Suite 700*          *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

July 23, 2018

The Honorable Gregory M. Sleet
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Michael Wilson**
                **Criminal Action No. 18-6-1 (LPS)**

Dear Judge Sleet:

     I have just received an email from Sadie Davis, the sister of the victim in this case. Because she lives out-of-state, she cannot attend Mr. Wilson's sentencing tomorrow.  However, she asked me to present the following to you in the form of a letter:

> When asked how my brothers death has impacted my life, I'm left speechless. There are no words that justify the pain that I've experienced since Joel died or the pain that I know I have to live with for the rest of my life.
>
> When I first found out that Mike Wilson was the person who my brother got drugs from, I was heartbroken. I was immediately filled with anger. A year after Joel died, I had painted a picture in my head of some low life drug dealer. But one of his best friends? How could this happen?
>
> I've spent lots of time praying, reflecting and processing this since I was informed of Mike's involvement. I've come to a place of forgiveness and wanted to express that today.
>
> Mike, I want you to know that I forgive you. I've thought a lot about what Joel would say in this situation. He loved you and always talked so highly of you. I know that he fought a long and hard battle with addiction but he was an honest man. He was always open with his struggles. Joel would have never blamed you for this. I'm sure that you have a lot of guilt along with the painful grief of losing your friend and I truly believe that is

punishment enough. I think about you often, pray for you and really, truly hope that you can forgive yourself. You have a long life ahead of you. I hope that you make better decisions and live like Joel.

Ms. Davis wished for both you and Mr. Wilson to read her words.

                              Respectfully submitted,

                              DAVID C. WEISS
                              United States Attorney

BY:    /s/ Jennifer K. Welsh
        Jennifer K. Welsh
        Assistant United States Attorney